No. 74–655.   CARRATT *v.* VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 74–656.   INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 701 *v.* INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION, LOCAL 50, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 74–671.   CALIFORNIA *v.* HARRIS ET UX.   C. A. 9th Cir.   Certiorari denied.

No. 74–689.   MIRABILE *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 74–705.   HOSCHLER, REGISTRAR, CONTRACTORS' LICENSE BOARD OF CALIFORNIA *v.* GRIMES.   Sup. Ct. Cal. Certiorari denied.

No. 74–711.   DUNLAP ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 74–724.   INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 701 *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 74–731.   BROWN, CHAIRMAN, CALIFORNIA ADULT AUTHORITY *v.* LA CROIX.   Sup. Ct. Cal.   Certiorari denied.

No. 74–789.   SYNTHETIC ORGANIC CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* BRENNAN, SECRETARY OF LABOR, ET AL.   C. A. 3d Cir.   Certiorari denied.